# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

__BRIAN HENDERSON__
  Plaintiff

V.

  CIVIL ACTION

  NO.  __12-10925-GAO__

__DEBT MANAGEMENT, INC. and DOES 1-10, inclusive__
  Defendant

## SETTLEMENT ORDER OF DISMISSAL

  __O'TOOLE    D.J__.

The Court having been advised on __9/14/12__ that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

__9/14/12__                                    __/s/ Paul Lyness__
   Date                                            Deputy Clerk

(Dismissal Settlement.wpd - 12/98)